# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00075-CV

---

### W. M. C., Appellant

### v.

### J. W. O., Appellee

---

### FROM THE 170TH DISTRICT COURT OF MCLENNAN COUNTY
### NO. 2017-3767-6, EDWARD (ALAN) A. BENNETT, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant W.M.C. filed a notice of appeal in a case in McClennan County district court. This Court's clerk notified the parties that this Court generally lacks jurisdiction over appeals in cases from trial courts in McClennan County. *See* Tex. Gov't Code §§ 22.201(d), .204 (Third District); .201(k), .211 (Tenth District). The letter warned that this Court might dismiss this appeal if Appellant did not explain a basis for this Court to exercise jurisdiction. Appellant W.M.C. has not filed a response.

We dismiss this appeal for want of jurisdiction. Tex. R. App. P. 42.3(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed

Filed: February 15, 2024